**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Salvador Soto | Social Security number or ITIN  xxx–xx–7419 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Ida Marie Soto | Social Security number or ITIN  xxx–xx–4346 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–25765–CMG | |

# Order of Discharge                                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Salvador Soto                                                Ida Marie Soto

1/28/22                                                      **By the court:** Christine M. Gravelle
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Salvador Soto  
Ida Marie Soto  
    Debtors

Case No. 18-25765-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Jan 28, 2022     Form ID: 3180W     Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Salvador Soto, Ida Marie Soto, 31 Highland Blvd., Keansburg, NJ 07734-1022 |
| cr | + | BANK OF AMERICA, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517688775 | + | Allied OP, 1 Emery Ave, Randolph, NJ 07869-1387 |
| 517743418 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517688784 | | Citibank/Sears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 490040, St. Louis, MO 63179 |
| 517688790 | + | Meridian Med Group-Specialty, Po Box 416693, Boston, MA 02241-6693 |
| 517688791 | + | Michael Harrison, 3155 Route 10 East, Suite 214, Denville, NJ 07834-3430 |
| 517688793 | + | Red Bank Anesthesia, c/o Miller Devro and Assoc., 3822 River Road, Point Pleasant Beach, NJ 08742-2067 |
| 518532856 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517688794 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517688796 | + | US Asset Management Inc., c/o EOS CCA, P.O. Box 981008, Boston, MA 02298-1008 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 28 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 28 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517688777 | + | EDI: ARSN.COM | Jan 29 2022 01:38:00 | ARS National Service Inc,, PO Box 469100, Escondido, CA 92046-9100 |
| 517688776 | | EDI: URSI.COM | Jan 29 2022 01:38:00 | Alltran Financial, LLP, PO Box 722910, Houston, TX 77272-2910 |
| 517808834 | | EDI: BANKAMER.COM | Jan 29 2022 01:38:00 | BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 517688778 | + | EDI: BANKAMER.COM | Jan 29 2022 01:38:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517688779 | | EDI: BANKAMER.COM | Jan 29 2022 01:38:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 517688780 | + | Email/Text: cms-bk@cms-collect.com | Jan 28 2022 20:39:00 | Capital Management Service, 698 1/2 South Ogden street, Buffalo, NY 14206-2317 |
| 517688781 | + | EDI: CAPONEAUTO.COM | Jan 29 2022 01:38:00 | Capital One Auto Finance, P. O. Box 60511, City of Industry, CA 91716-0511 |
| 517705492 | + | EDI: AISACG.COM | Jan 29 2022 01:43:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 517697276 | + | EDI: AISACG.COM | Jan 29 2022 01:43:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

Case 18-25765-CMG   Doc 35   Filed 01/30/22   Entered 01/31/22 00:14:11   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 28, 2022 | Form ID: 3180W | Total Noticed: 38 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517816302 | + | EDI: CITICORP.COM | Jan 29 2022 01:38:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517688783 | + | EDI: CITICORP.COM | Jan 29 2022 01:38:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, St. Louis, MO 63179-0040 |
| 517688785 | + | EDI: CITICORP.COM | Jan 29 2022 01:38:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 517688786 | + | EDI: CITICORP.COM | Jan 29 2022 01:38:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517688787 | + | Email/Text: mediamanagers@clientservices.com | Jan 28 2022 20:38:00 | Client Services, 3451 Harry S Truman Blvd., Saint Charles, MO 63301-9816 |
| 517699135 | | EDI: DISCOVER.COM | Jan 29 2022 01:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517688788 | + | EDI: DISCOVER.COM | Jan 29 2022 01:38:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517688789 | | EDI: IRS.COM | Jan 29 2022 01:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517688782 | | EDI: JPMORGANCHASE | Jan 29 2022 01:38:00 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 517797631 | | EDI: PRA.COM | Jan 29 2022 01:38:00 | Portfolio Recovery Associates, LLC, C/O Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 517797646 | | EDI: PRA.COM | Jan 29 2022 01:38:00 | Portfolio Recovery Associates, LLC, c/o Sears Charge Plus, POB 41067, Norfolk VA 23541 |
| 517800897 | | EDI: PRA.COM | Jan 29 2022 01:38:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517688792 | | Email/Text: signed.order@pfwattorneys.com | Jan 28 2022 20:39:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 517692127 | + | EDI: RMSC.COM | Jan 29 2022 01:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517688795 | + | EDI: RMSC.COM | Jan 29 2022 01:38:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517799870 | + | EDI: AIS.COM | Jan 29 2022 01:38:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518532857 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 28, 2022 | Form ID: 3180W | Total Noticed: 38 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2022                              Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert P. Saltzman | on behalf of Creditor Specialized Loan Servicing  LLC dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Joint Debtor Ida Marie Soto courtdocs@oliverandlegg.com  R59915@notify.bestcase.com |
| William H. Oliver, Jr. | on behalf of Debtor Salvador Soto courtdocs@oliverandlegg.com  R59915@notify.bestcase.com |

TOTAL: 6