Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−25765−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Salvador Soto
31 Highland Blvd.
Keansburg, NJ 07734

Ida Marie Soto
31 Highland Blvd.
Keansburg, NJ 07734

Social Security No.:
xxx−xx−7419

xxx−xx−4346

Employer's Tax I.D. No.:

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>March 1, 2022</u>

<u>Christine M. Gravelle</u>
Judge, United States Bankruptcy Court